Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD PRZYBYL, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CYNER, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLINTON DUKE, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY PRZYBYL, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MISAG DER MOVSESIAN, Otherwise Known as MISAG DER MORSESIAN, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JAMES L. CLEMENTS, Respondent, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Appellant.—Appeal dismissed, without costs, as academic in view of the disposition made of the appeal from the judgment, decided herewith. (231 App. Div. 310.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JAMES W. HINE, Suing for Himself and Other Stockholders Similarly Situated, Appellant, v. WILLIAM H. LAUSTERER, as Executor, etc., of WILLIAM J. LAUSTERER, Deceased, and Others, Respondents.— Judgment modified by striking out the amount awarded as additional costs and as modified affirmed, with costs to the respondents. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [135 Misc. 397.]

JAMES W. HINE, Suing for Himself and Other Stockholders Similarly Situated, Appellant, v. WILLIAM H. LAUSTERER, as Executor, etc., of WILLIAM J. LAUSTERER, Deceased, and Others, Respondents.— Order reversed, with ten dollars costs and disbursements and motion denied, without costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. [135 Misc. 655.]

HARRY E. BOUCHER, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15919.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN E. TORREY, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15920.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

KENNETH MICHEL, by MARY MICHEL, His Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15921.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LUCY MICHEL O'NEIL, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 15922.) — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MONICA SELLINGER BROWN, Respondent, v. THE STATE OF NEW YORK, Appel-